```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                           MIAMI DIVISION
              CASE NO. 12-20828-CIV-GRAHAM/GOODMAN
```

TIMOTHY PATRICK REARDON,

    Plaintiff,

vs.

1213 W. STRATFORD, LLC, et al.,

    Defendants.

_____/



## ORDER DISMISSING CASE

**THIS CAUSE** comes before the Court <u>sua sponte</u>.

Rule 4 of the Federal Rules of Civil Procedure provides, in pertinent part, that if service of the summons and complaint is not made within 120 days after the filing of the complaint, the Court upon motion or on its own initiative upon notice to the plaintiff, shall dismiss the action without prejudice. <u>See</u> Fed. R. Civ. P. 4(m). The Complaint in this case [D.E. 1] was filed on February 28, 2012. The Court granted Plaintiff an extension of time, up to and including June 29, 2012, to serve the Defendants. [<u>See</u> D.E. 8]. The Court warned Plaintiff that additional requests to extend would not be granted. To date, there is no evidence that Plaintiff has properly served the Complaint. Therefore, pursuant to Federal Rule

of Civil Procedure 4(m), this action is dismissed without prejudice. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that this action is **DISMISSED WITHOUT PREJUDICE.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 18th day of July, 2012.

s/ Donald L. Graham
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc:   Counsel of Record